

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00765-CR

**IN RE** Alula F. **HAGOS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: November 13, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On October 29, 2019, relator filed a pro se petition for writ of mandamus requesting immediate release from confinement. Relator is represented by trial counsel below; therefore, relator is not entitled to hybrid representation. *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's pro se mandamus petition will be treated as presenting nothing for this court's review. *See id.*; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, relator's pro se petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 2019-CR-9097, styled *The State of Texas v. Alula F. Hagos*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Velia J. Meza presiding.